ACCEPTED
01-15-00284-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 2:16:30 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00284-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 2:16:30 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

Latrice Harris,
Appellant

v.

Highland Knolls Community Association,
Appellee

## DESIGNATION OF LEAD COUNSEL FOR APPELLEE HIGHLAND KNOLLS COMMUNITY ASSOCIATION

From the Civil County Court at Law No. 2 of Harris County, Texas,
Trial Court Case No. 908,487

TO THE HONORABLE COURT:

Appellee Highland Knolls Community Association ("Appellee") in the above captioned matter, files this Designation of Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.2 to notify the Court that Dawn S. Holiday, State Bar No. 24046090, of Roberts Markel Weinberg Butler Hailey PC, 2800 Post Oak Blvd., 57th Floor, Houston,

1

Texas 77056, makes an appearance in this appeal as lead counsel of record for Appellee.

Attorney Cliff Davis of Roberts Markel Weinberg Butler Hailey PC will serve as additional counsel for Appellee.

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

*/s/ Dawn S. Holiday*

_____

DAWN S. HOLIDAY
TBA No. 24046090
Cliff Davis
TBA No. 00792447
2800 Post Oak Blvd, 57th Floor
Houston, TX  77056
(713) 840-1666
Fax:  (713) 840-9404
dholiday@rmwbhlaw.com
cdavis@rmwhbhlaw.com
ATTORNEYS FOR APPELLEE,
HIGHLAND KNOLLS COMMUNITY ASSOCIATION

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4 i(3) of the Texas Rules of Appellate Procedure, I certify that the word count in this Designation of Lead Counsel for Appellee is 87 words.

*/s/ Dawn S. Holiday*

_____

Dawn S. Holiday

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Tex. R. Civ. P. 21a, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 14th day of April, 2015.

*__Via Regular Mail and__*
*__Via Certified Mail/RRR: 7010 2780 0003 0285 3297__*
Latrice L. Harris (Pro Se)
2310 Enchanted Park Lane
Katy, TX  77450

*/s/ Dawn S. Holiday*

_____

Dawn S. Holiday